UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>  Plaintiff,<br><br>  v.<br><br>BEST DRYWALL INTERIORS, INC., et al.,<br><br>  Defendants.<br>_____<br>AND RELATED THIRD PARTY ACTION<br>_____ | Case No.: C 06-4209 PVT<br><br>**ORDER STAYING CASE IN PART AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 26, 2006, Plaintiff and Defendants filed a stipulation requesting that the court stay this action except as to the third party complaint by Defendant Best Drywall Interiors, Inc. against Westport Insurance Company.[1]  Based on the stipulation and the file herein,

IT IS HEREBY ORDERED that, except as to the third party complaint by Defendant Best Drywall Interiors, Inc. against Westport Insurance Company, this case is STAYED until February 1, 2007.

IT IS FURTHER ORDERED that the Case Management Conference is continued to February

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

20, 2007.[2]  The parties shall file a Joint Case Management Conference Statement no later than February 13, 2007.

Dated: *10/31/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]  The court is not inclined to conduct a case management conference with respect to the third party complaint by Defendant Best Drywall Interiors, Inc. against Westport Insurance Company, while all other actions in the case are stayed.