1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11  THE INSURANCE CORPORATION OF          )          Case No.: C 06-4209 PVT
    NEW YORK,                             )
12                                        )          **ORDER STAYING CASE AND**
                        Plaintiff,        )          **CONTINUING CASE MANAGEMENT**
13                                        )          **CONFERENCE**
            v.                            )
14                                        )
    BEST DRYWALL INTERIORS, INC., et      )
15  al.,                                  )
                                          )
16                      Defendants.       )
    _____)
17                                        )
    AND RELATED THIRD PARTY ACTION        )
18  _____)

19          On February 13, 2007, the parties filed a stipulation requesting that the court further stay this

20  action and continue the Case Management Conference until June, 2007.[1]  Based on the stipulation

21  and the file herein,

22          IT IS HEREBY ORDERED that this case is STAYED until June 1, 2007 and the Case

23  Management Conference is continued to June 12, 2007.  The parties shall file a Joint Case

24  Management Conference Statement no later than June 5, 2007.

25  Dated: *2/13/07*

26                                        *Patricia V. Trumbull*
                                          PATRICIA V. TRUMBULL
27                                        United States Magistrate Judge

28  _____
        [1]      The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

ORDER, *page 1*