UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>BEST DRYWALL INTERIORS, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED THIRD PARTY ACTION | Case No.: C 06-4209 PVT<br><br>**ORDER FURTHER STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On June 4, 2007, the parties filed a stipulation requesting that the court further stay this action and continue the Case Management Conference until August, 2007.[1] Based on the stipulation and the file herein,

IT IS HEREBY ORDERED that this case is STAYED until August 1, 2007 and the Case Management Conference is continued to August 14, 2007. The parties shall file a Joint Case Management Conference Statement no later than August 7, 2007.

Dated: *6/6/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*