UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>            Plaintiff,<br><br>   v.<br><br>BEST DRYWALL INTERIORS, INC., et al.,<br><br>            Defendants.<br><br>AND RELATED THIRD PARTY ACTION | Case No.: C 06-4209 PVT<br><br>**ORDER FURTHER STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On November 9, 2007, the parties filed a stipulation requesting that the court further stay this action until April 30, 2008, and continue the Case Management Conference to a date thereafter.[1]  Based on the stipulation and the file herein,

IT IS HEREBY ORDERED that this case is STAYED until April 30, 2008 and the Case Management Conference is continued to May 20, 2008.  The parties shall file a Joint Case Management Conference Statement no later than May 13, 2008.

Dated: *11/14/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*