UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEST DRYWALL INTERIORS, INC., et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED THIRD PARTY ACTION | Case No.: C 06-4209 PVT<br><br>**ORDER FURTHER STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 2, 2008, the parties filed a stipulation requesting that the court further stay this action until November 14, 2008, and continue the Case Management Conference to a date thereafter.[1] Based on the stipulation and the file herein,

IT IS HEREBY ORDERED that this case is STAYED until November 14, 2008, and the Case Management Conference is continued to December 16, 2008. The parties shall file a Joint Case Management Conference Statement no later than December 9, 2008.

Dated: *10/2/08*

　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*